**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01696-REB-CBS

BIG O TIRES, LLC, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a
Colorado corporation, and
BIG O DEVELOPMENT, LLC, a Colorado limited liability company, f/k/a BIG O
DEVELOPMENT, INC.,

      Plaintiffs,

v.

DAVID WILKE, and
LINDA CULVER-WILKE,

      Defendants.

---

## ORDER STAYING CASE

---

**Blackburn, J.**

This matter comes before the court on the plaintiff's **Status Report** [17][1] filed

August 26, 2009.  The plaintiff reports that the defendants have filed a voluntary petition for

Chapter 7 Bankruptcy and that the plaintiffs are seeking relief from stay from the bankruptcy

court.  The plaintiffs ask that the above-captioned case be stayed pending resolution of the

motion for relief from stay.  The request is well-taken.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That this case is **STAYED** for ninety days;

      2.  That on or before November 27, 2009, the plaintiffs **SHALL FILE** a status report

indicating the status of their motion for relief from stay in the bankruptcy court and whether

---

[1]   "[#17]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

they intend to withdraw or continue to prosecute their currently pending **Motion for**

**Preliminary Injunction with Incorporated Memorandum of Law in Support Regarding**

**Trademark, Telephone Number and Customer List** [#2] filed July 16, 2009.

    Dated August 28, 2009, at Denver, Colorado.

                         **BY THE COURT:**

                         Robert E. Blackburn
                         United States District Judge

2